```
       IN THE UNITED STATES DISTRICT COURT FOR
           THE SOUTHERN DISTRICT OF GEORGIA
                    SAVANNAH DIVISION
```

RONNIE LEE WILLIAMS,            )
                                )
    Petitioner,                 )
                                )
v.                              )        CASE NOS. CV500-098
                                )                  CR597-003
UNITED STATES OF AMERICA,       )
                                )
    Respondent.                 )
                                )

## O R D E R

Before the Court is Petitioner Ronnie Lee Wiliams's "Independent Action to Set Aside Judgment" pursuant to Federal Rule of Civil Procedure 60(b). (Doc. 2216.) In the motion, Petitioner seeks to have the Court set aside its judgment denying Petitioner's Section 2255 Motion to Vacate due to a purported fraud on the Court by the Government. (Id. at 1.)

Rule 60(b) permits the Court to relieve a party from a final judgment, order, or proceeding for the following reasons:

    (1) mistake, inadvertence, surprise, or excusable neglect;
    (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
    (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
    (4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b). After a careful review of Petitioner's motion and the record in this case, the Court concludes that Petitioner is not entitled to relief. Accordingly, Petitioner's motion is **DENIED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal.

SO ORDERED this 12th day of June 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA